APPEAL No. 76-350. WILLIAM CONTE MILLIKEN v. ELIZABETH ELLEN MILLIKEN. The petitioner's motion for an extension of time to file his brief is granted. The brief shall be filed on or before April 20, 1977. If the brief is not filed by that date, the petitioner's appeal will be dismissed without any further action by this court. *Moses Kando, John E. McCann,* for petitioner. *Thomas H. Rosenfield,* for respondent.

APPEAL No. 76-456. FILOMENA UCCI v. JAMES MANCINI *et al.* The plaintiff's motion to affirm the judgment below pursuant to Rule 16(g) is denied. *Joseph F. Penza, Jr.,* for plaintiff. *William F. Hague, Jr.,* for defendant.

APPEAL No. 77-26. RAYMOND RODRIQUES v. KAISER ALUMINUM & CHEMICAL CORPORATION. The petition to enforce the decree of the Workmen's Compensation Commission is denied, without prejudice. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner. *Quinn, Cuzzone & Geremia, Bruce Q. Morin,* for respondent.

APPEAL No. 77-96. MURIEL JEANNETTE FALARDEAU v. JOHN ALFRED FALARDEAU. The respondent's motion to stay the decision of the Family Court judge in this case is denied. *Lavine & Sutherland, Lewis Z. Lavine,* for petitioner. *Richard R. Ackerman, Inc.,* for respondent.


April 4, 1977.

M. P. No. 77-114. THOMAS A. McCORMICK v. STATE BOARD OF ELECTIONS *et al.* Motion for stay denied pending decision of full court on petition for certiorari. *Keven A. McKenna,* for petitioner. *Stephen F. Achille,* for respondents.